THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: NEW CINGULAR WIRELESS PCS, LLC, DATA SERVICES SALES TAX REFUND LITIGATION, | CASE NO. MD13-2485-JCC |
| THIS DOCUMENT RELATES TO: | MINUTE ORDER |
| ALL ACTIONS. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. After the *Bothell* appeal has reached non-appealable resolution, Counsel for both parties are DIRECTED to file a notice with the Court alerting it to that fact. Simultaneously, they should file a joint statement regarding anticipated further proceedings.

//
//
//
//
//
//

CASE NO. MD13-2485-JCC
PAGE - 1

1   DATED this 25th day of February 2014.

2
William M. McCool
Clerk of Court
3

4
s/Tim Farrell
Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CASE NO. MD13-2485-JCC
PAGE - 2